UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS STEWART,

    Plaintiff,

v.

STATE OF MICHIGAN, *et al.*,

    Defendants.

_____/

Case No. 1:05-CV-559

Hon. Richard Alan Enslen

**JUDGMENT**

In accordance with an Opinion filed this date;

**IT IS HEREBY ORDERED** that Defendants Ralph Hauenstein, Carolyn Hauenstein, Lois Clark, Margaret Hill, Roger Stedman, Beverly Stedman, Jerry Disler, Michael Kerin, John Pool, Lee Olsen, and Law, Weathers and Richardson, P.C.'s Motion to Dismiss (Dkt. No. 4) is **GRANTED.**

**IT IS FURTHER ORDERED** that, in accordance with the permanent injunction issued against Plaintiff Dennis Stewart in *United States ex rel. Dennis Stewart v. Fleet Fin. Group*, No. 1:98-CV-75 (W.D. Mich. Aug. 31, 1999), his Complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant State of Michigan's Motion to Dismiss (Dkt. No. 14), Plaintiff's Notice of Default (Dkt. No. 11), and his Application for Default Judgment (Dkt. No. 24) are **DENIED AS MOOT.**

Dated in Kalamazoo, MI:
February 17, 2006

     /s/Richard Alan Enslen
    Richard Alan Enslen
    Senior United States District Judge